UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAD EICHENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESPN, INC., a Delaware corporation,<br><br>Defendant. | Case No. C14-463 TSZ<br><br>**PRAECIPE TO ATTACH DOCUMENT** |

To the Clerk of the Court:

On March 28, 2014, Plaintiff's counsel e-filed the complaint in this matter at ECF dkt. 1. The first page of the complaint was mis-captioned as a summons, not a complaint. Attached is a corrected first page of the complaint. Please attach it to the previously filed complaint and consider it a substitute for the first page of that complaint.

Dated March 31, 2014.                    Respectfully submitted,

LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
By: s/ *Cliff Cantor*
Cliff Cantor, WSBA # 17893
627 208th Avenue SE
Sammamish, Washington 98074
Tel:    425.868.7813
Fax:   425.732.3752

PRAECIPE TO ATTACH DOCUMENT
No. C14-463 TSZ

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

1  Email: cliff.cantor@outlook.com

2  EDELSON PC
   Jay Edelson*
3  Rafey S. Balabanian*
   Benjamin H. Richman*
4  J. Dominick Larry*
   350 North LaSalle Street, Suite 1300
5  Chicago, Illinois 60654
   Tel:    312.589.6370
6  Fax:    312.589.6378
   Email: jedelson@edelson.com
7          rbalabanian@edelson.com
           brichman@edelson.com
8          nlarry@edelson.com

9

10  Counsel for Plaintiff

11  *Admission *pro hac vice* to be sought.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PRAECIPE TO ATTACH DOCUMENT
No. C14-463 TSZ                    - 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752