UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAD EICHENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESPN, INC., a Delaware corporation,<br><br>Defendant. | Case No. C14-463 TSZ<br><br>**COMPLAINT — CLASS ACTION** |

Plaintiff Chad Eichenberger ("Eichenberger") brings this case individually and on behalf of all others similarly situated against Defendant ESPN, Inc. ("ESPN") to put an end to ESPN's wrongful practice of disclosing its users' sensitive information, and to obtain redress for such conduct. Plaintiff alleges as follows upon personal knowledge as to himself and his own acts and experiences and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

**NATURE OF THE ACTION**

1.  ESPN is one of the largest producers of sports-related news and entertainment programming in the world. Perhaps best known for its eponymously named television channel, ESPN also offers content to consumers via other media including its proprietary software

COMPLAINT — CLASS ACTION
No. C14-463 TSZ
- 1 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752