HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHAD EICHENBERGER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>ESPN, INC., a Delaware corporation,<br><br>    Defendant. | NO. 2:14-CV-00463<br><br>STIPULATION REGARDING INITIAL SCHEDULING DATES |

In order to efficiently manage initial pleadings and any motions in response to the Complaint, Plaintiff Chad Eichenberger ("Eichenberger") and Defendant ESPN, Inc. ("ESPN") agree and stipulate as follows:

  1. ESPN's deadline to respond to the Complaint, by motion or answer, shall be June 30, 2014.

  2. The Rule 26(f) conference, if necessary after the Court's ruling on any motion to dismiss, shall be held within 14 days of the Court's order on any such motion.

  3. The Initial Disclosures, if necessary after the Court's ruling on any motion to dismiss, shall be made within 14 days of the Rule 26(f) conference.

STIPULATION REGARDING INITIAL SCHEDULING DATES - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{02568066.DOCX;1 }

4. The Joint Status Report and Discovery Plan, if necessary after the Court's ruling on any motion to dismiss, shall be filed within 14 days of the Rule 26(f) conference.

5. The deadline for Plaintiff to file a motion for class certification pursuant to LCR 23 shall be stayed pending the entry of a scheduling order by the Court.

By entering into this stipulation, ESPN does not waive any defenses.

Eichenberger and ESPN respectfully request that the Court issue the Proposed Order filed herewith.

DATED this 28th day of May, 2014.

| LAW OFFICES OF CLIFFORD A. CANTOR, P.C. | CAIRNCROSS & HEMPELMANN, P.S. |
|---|---|
| Clifford A. Cantor<br>Email:  cliff.cantor@outlook.com<br>627  208th Avenue SE<br>Sammamish ,WA  98074-7033<br>Telephone:  425-868-7870<br><br>EDELSON PC<br><br>*s/ Benjamin H. Richman*<br>Jay Edelson<br>Email: jedelson@kamberedelson.com<br>Rafey S. Balabanian<br>Email:  rbalabanian@edelson.com<br>Benjamin H. Richman<br>Email:  brichman@edelson.com<br>J. Dominick Larry<br>Email:  nlarry@edelson.com<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL  60654<br>Telephone:  312-589-6370<br>*Admitted Pro Hac Vice*<br><br>Counsel for Eichenberger | *s/ J. Thomas Richardson*<br>J. Thomas Richardson<br>Email: trichardson@cairncross.com<br>Ana-Maria Popp<br>Email: apopp@cairncross.com<br>Cairncross & Hempelmann, PS<br>524 Second Avenue, Suite 500<br>Seattle, WA  98104-2323<br>Telephone:  206-587-0700<br><br>MUNGER TOLLES & OLSON LLP<br>Glenn Pomerantz<br>Email:  glenn.pomerantz@mto.com<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213-683-9100<br>Rosemarie Ring<br>Email:  rose.ring@mto.com<br>Jonathan Blavin<br>Email:  jonathan.blavin@mto.com<br>560 Mission St.<br>27th Floor<br>San Francisco, CA 94105<br>Telephone :  415-512-4000<br>*Admitted Pro Hac Vice*<br><br>Counsel for ESPN, Inc. |

STIPULATION REGARDING INITIAL SCHEDULING DATES - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{02568066.DOCX;1 }

**Certificate of Service**

I, Andie C. Scoggins, certify under penalty of perjury of the laws of the State of Washington that on May 28th, 2014, I electronically filed this document entitled STIPULATION REGARDING INITIAL SCHEDULING DATES using the CM/ECF system which will send notification of such filing to the following persons:

Clifford A. Cantor
627  208th Avenue SE
Sammamish, WA  98074
Cliff.cantor@outlook.com
*Counsel to Plaintiff*

Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
J. Dominick Larry
Edelson PC
350 North LaSalle Street
Suite 1300
Chicago, IL  60654
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
nlarry@edelson.com
*Counsel to Plaintiff*

DATED this 28th day of May, 2014, at Seattle, Washington.

*/s/ Andie C. Scoggins*
Andie C. Scoggins
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 254-4499
Facsimile: (206) 254-4599
E-mail: ascoggins@cairncross.com

STIPULATION REGARDING INITIAL SCHEDULING DATES - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{02568066.DOCX;1 }