# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHAD EICHENBERGER, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ESPN, INC.,<br><br>    Defendant. | C14-463 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Pursuant to the parties' stipulation, docket no. 22, the deadline for defendant ESPN, Inc. to file an answer or responsive motion is extended to June 30, 2014.

(2)   The deadline for a Rule 26(f) conference is continued to July 18, 2014, and the deadlines for Rule 26(a) initial disclosures and for filing a Joint Status Report are continued to August 1, 2014.  In the event that defendant files a responsive motion rather than an answer by the deadline set forth in Paragraph 1, counsel may, if they are in agreement, seek an extension of the deadlines set forth in this Paragraph 2 by contacting the Court at (206) 370-8830.

(3)   After the parties file their Joint Status Report, the Court will enter a scheduling order setting forth a trial date and all related deadlines, including the deadlines for completing discovery on class certification issues and for plaintiff to file a motion to certify class.

MINUTE ORDER - 1

(4)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of May, 2014.

William M. McCool
Clerk

s/Claudia Hawney
Deputy Clerk

MINUTE ORDER - 2