HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHAD EICHENBERGER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ESPN, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | NO. 2:14-CV-00463<br><br>**DECLARATION OF BRYAN H. HECKENLIVELY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

I, Bryan H. Heckenlively, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, attorneys for Defendant ESPN, Inc. ("ESPN") in this action. I submit this declaration in support of ESPN's concurrently filed Motion to Dismiss Plaintiff's First Amended Complaint. I make this declaration based upon my personal knowledge and, if called as a witness, I could and would testify competently to the facts set forth below.

2. On July 30, 2014, I caused Adobe's privacy policy for "Analytics and on-site personalization services" to be printed from Adobe's website, *available at* http://www.adobe.com/content/dotcom/en/privacy/analytics.html. A true and correct copy of

DECLARATION OF BRYAN H. HECKENLIVELY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT- 1
(No. 2:14-CV-00463)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

this document is attached hereto as Exhibit A.  This document is cited in paragraph 28 of Plaintiff's First Amended Complaint on page 8.

3. On July 30, 2014, I printed the Roku Privacy Policy from Roku's website, *available at* https://www.roku.com/about/privacy. A true and correct copy of this document is attached hereto as Exhibit B.  This document is cited in paragraph 25 of Plaintiff's First Amended Complaint on page 7.

4. On July 30, 2014, I caused an interview with Adobe employee Christopher Comstock to be printed from the website of ad exchanger, *available at* http://www.adexchanger.com/data-exchanges/the-cross-device-question-adobe/.  A true and correct copy of this document is attached hereto as Exhibit C.  This document is cited in paragraphs 26, 27, and 31 of Plaintiff's First Amended Complaint on pages 7 through 9.

5. On July 30, 2014, I downloaded from Adobe's website an "Adobe Campaign White Paper" entitled "Achieving a single marketing view of the customer," *available at* http://offers.adobe.com/en/na/marketing/landings/_46316_the_single_marketing_view_of_the_customer.html.  A true and correct copy of this document is attached hereto as Exhibit D.  A diagram from this document is reproduced and discussed in paragraphs 29 and 30 of Plaintiff's First Amended Complaint on pages 8 and 9.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Executed this 31st day of July, 2014, in San Francisco, California.

> *s/ Bryan H. Heckenlively*
> Bryan H. Heckenlively

DECLARATION OF BRYAN H. HECKENLIVELY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT- 2
(No. 2:14-CV-00463)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

**Certificate of Service**

I, Bryan H. Heckenlively, certify under penalty of perjury that on July 31, 2014, I electronically filed this document entitled Declaration of Bryan H. Heckenlively in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, and Exhibits A-D thereto, using the CM/ECF system which will send notification of such filing to the following persons:

Clifford A. Cantor
627 208th Avenue SE
Sammamish, WA 98074
Cliff.cantor@outlook.com
*Counsel for Plaintiff*

Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
J. Dominick Larry
Edelson PC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
nlarry@edelson.com
*Counsel for Plaintiff*

DATED this 31st day of July, 2014, at San Francisco, California.

*s/ Bryan H. Heckenlively*
Bryan H. Heckenlively
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: 415-512-4000

DECLARATION OF BRYAN H. HECKENLIVELY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT- 3
(No. 2:14-CV-00463)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700  fax 206 587 2308