# EXHIBIT A

[Adobe Privacy Center](#) /

# Analytics and on-site personalization services

Adobe offers hosted services as part of Adobe® Digital Marketing Suite that enable companies to personalize and improve the performance of their websites, apps, social networking pages, and marketing activities. Adobe services collect and analyze information, such as clicks made by visitors when they use a company's websites, apps, or social networking pages or view marketing emails or advertisements.

**Jump to:**

- What types of analytics and on-site personalization services does Adobe provide?
- Where do companies use Adobe's analytics and on-site personalization services?
- What type of information is collected when a company uses Adobe's analytics and on-site personalization services?
- How does Adobe use the information it collects with its analytics and on-site personalization services?
- How does Adobe collect information within its analytics and on-site personalization services?
- How do companies use the information Adobe collects?
- Does Adobe share any of the information it collects when its analytics and on-site personalization services are used?
- What choices do I have about a company's use of Adobe's analytics and on-site personalization services?



Privacy information

Adobe Privacy Policy (UPDATED)

Advertising services (UPDATED)

Analytics services

Applications

Cookies

Hosted services

Law enforcement inquiries

Marketing

Other policies

Safe Harbor (UPDATED)

Social networking

Need additional help?

Ask a question

## What types of analytics and on-site personalization services does Adobe provide?

Adobe analytics services help companies measure and understand how you use their apps, websites, social networking pages, and advertising campaigns. Adobe on-site personalization services allow companies to test new content and make their websites, apps, social networking pages, or emails more relevant to you.

Learn more about analytics and on-site personalization.

## Where do companies use Adobe's analytics and on-site personalization services?

Companies use Adobe's analytics and on-site personalization services on their websites or in their apps. Our services can also be used in a company's online advertisements and marketing emails, on the company's mobile website, or on its Facebook or other social networking pages. In general, our services may be used wherever companies want to better understand how their online products, services, and advertisements are performing or where they want to provide their customers (e.g., you) with an improved or personalized experience when you use their online products and services.

To the top

## What type of information is collected when a company uses Adobe's analytics and on-site personalization services?

When a company uses Adobe's analytics and on-site personalization services, that company tells Adobe what type of information it would like us to collect. Examples of the type of information a company may ask Adobe to collect are:

- The URLs of the web pages you visit and the time spent on them
- The URL of the page that showed the link you clicked on that brought you to that company's website
- The searches you have performed, including searches that led you to that company's website
- Information about your browser and device, such as device type, operating system, connection speed, and display settings
- Your IP address, which Adobe may use to approximate your general location
- Information you may provide on that company's website, including information on registration forms
- Whether you clicked on an ad
- Items you've either purchased or placed within the shopping cart feature on that company's website
- Social network profile information, including photos, fan and like status, user IDs, age, and gender

Some companies using Adobe services may send us information that allows them to identify you personally. Some companies may also buy additional information about you and then add that additional information to the information collected by Adobe's products on their websites. This additional information may include things like email addresses, account information, or Facebook profile information, including photos and usernames.

When Adobe either is instructed to collect or receives personal information on behalf of companies that use our services, Adobe asks companies to describe within their privacy policies their information collection and use practices and give you the opportunity to opt out.

To the top

### How does Adobe use the information it collects with its analytics and on-site personalization services?

Adobe does not use the information we collect for a company except as may be allowed in a contract with that company. This is usually limited to providing our services to the company. However, an example of an additional use is when we share "aggregated" information collected from many companies with our customers, prospective customers, and partners in order to improve our products and services, to provide reports and market research, and to understand market trends. Aggregated information is anonymous and does not identify individuals. For example, we may publish reports that show which browsers or operating systems are used most frequently to access websites of the companies that use our analytics and on-site personalization services. To learn more about how a particular company uses the information we collect, refer to that company's privacy policy.

*To the top*

### How does Adobe collect information within its analytics and on-site personalization services?

Adobe services use cookies and similar technologies, such as web beacons (also known as tags or pixels) and embedded scripts, to collect the information described above. Cookies are used to associate with your web browser the information companies choose to collect. Web beacons are used to transfer information between the cookies and Adobe computers.

If you look at your cookie settings in your browser, you may notice cookies from 2o7.net and omtrdc.net domains. These are the cookies Adobe uses to collect the information described above. Most Internet browsers classify these as "third-party" cookies because they are not set by the website you are visiting. Companies using our services have the choice of using these Adobe cookies or using their own cookies (often called "first-party" cookies).

Learn more about your choices for Adobe's use of cookies.

### How do companies use the information Adobe collects?

*To the top*

Companies use Adobe's analytics and on-site personalization services and the information collected for a number of purposes, such as:

- Analytics: To create reports about the use of a company's websites, applications, brand, and social pages, such as which links are used the most, how users are finding the sites, how users are mentioning its brand in social networks, and whether the sites, applications, and social networking pages are running efficiently. Services that perform analytics include Adobe Discover®, SiteCatalyst®, Insight, and Social.
- Content and website management: To provide engaging and consistent experiences across the company's websites, mobile applications, and advertising campaigns, as well as within social networks. Services that perform content management include Adobe CQ, Social, and TagManager.
- On-site personalization: To provide content and advertisements on its websites and within its applications that are more relevant to its users. Services that perform on-site personalization include Adobe CQ, Recommendations, SearchCenter+, Search&Promote, SiteCatalyst, and Test&Target™.
- Promotions, special offers, and surveys: To provide and analyze the use of promotions, contests, and surveys on the company's websites and social networking pages and within applications. Services that provide creation and analysis of promotions and special offers include Adobe Social and Survey.

*To the top*

### Does Adobe share any of the information it collects when its analytics and on-site personalization services are used?

Adobe does not share this information except as described in the Adobe Privacy Policy or when asked to do so by the company using our services. Review the privacy policy of any company using our services for more information about that company's privacy practices.

*To the top*

### What choices do I have about a company's use of Adobe's analytics and on-site personalization services?

Adobe's analytics and on-site personalization services use cookies to help collect the information described above. Most Internet browsers automatically accept cookies, but you can usually modify your browser settings to block all cookies or to block just those set by companies other than the one whose website you are visiting (often called "third-party cookies"). If you change the setting in your browser to block cookies, you may block the ability for a company to use Adobe analytics and on-site personalization services on its websites. For further information about managing cookies, visit http://iab.net/privacymatters/4.php.

Another way for you to tell us you do not want companies to use Adobe cookies for analytics and on-site personalization services is to opt out by following the instructions here. After you opt out of the use of Adobe cookies for analytics and on-site personalization, Adobe will no longer collect and analyze information via cookies associated with your browser for these services. This opt-out mechanism affects our collection of information only for companies that use Adobe cookies (ones from 2o7.net and omtrdc.net domains as described above). When you opt out, Adobe will place opt-out cookies on your browser. If you delete your cookies, change browsers, or change devices, you will need to repeat this opt-out process. Also, please note that this opt-out process will work only if your browser is set to accept all cookies. Companies can still use Adobe services to create promotions and apps within social networks after you opt out. These services do not rely on collecting and analyzing information via cookies. To learn more about your choices for these services, review the options your social network provides.

If a company uses its own cookies when engaging our services, we ask that the company's privacy disclosures explain how you can tell the company you do not want it to collect your browsing information. If the collection of the information described above concerns you, we recommend that you always review the privacy notices on the websites you visit.

**Page tools**

Bookmark
Print

.