# EXHIBIT B



Company
Contact Us
Press Room
Affiliate Program
Jobs
**Privacy Policy**
Image Resources
Trademark Guidelines
DMCA Policy

# (Updated January 1, 2014)

This Privacy Policy describes what information Roku and its subsidiaries and affiliated companies ("Roku," "we," or "us") collect on the Roku websites ("Roku Sites") and via Roku products ("Roku Devices") or Roku Mobile Apps, and how we use and share that information. This Privacy Policy does not apply to websites, applications or services that display or link to different privacy statements.

Roku's services allow you to use and connect to third party services and third parties may collect information through the Roku Sites, Roku Devices, and Roku Mobile Apps. Roku's Privacy Policy does not cover any third parties, their products,

actions, or their services. Roku cannot control how third parties collect, use or secure your data. For information about third party privacy practices, please consult their privacy policies.

## Part I. Information Collection

### Information you provide

Information we may collect from you through the Roku Sites, Roku Devices, and Roku Mobile Apps includes, for example: your name, email address, billing and shipping information, product purchase information, credit card and other payment data, and product registration information.

We also collect the personal information of other people, for example, if you provide email addresses of friends for referrals or postal addresses of recipients for gift purchases.

We may also combine data we collect from you with data we receive from third parties.

### Information we collect automatically

We may also automatically collect information related to the use of Roku Sites - for example, we collect your computer's operating system, Internet Protocol (IP) address, access times, browser type and language, and the websites you visited before coming to a Roku Site. We also use cookies to better understand your needs. A cookie is a small text file that our Web server places on your computer hard drive that includes a unique identifier. Cookies enable Roku and others to track usage

patterns and deliver customized content, marketing, and advertising to you. We also collect information using Web beacons. Web beacons are electronic images that may be used on Roku Sites or in our emails. We use Web beacons, for example, to deliver cookies, count visits, to understand usage of Roku Sites, products and services and the effectiveness of Roku Site features and campaigns, and to tell if an email has been opened and acted upon.

We regularly and automatically upload information about your Roku Device and your usage. The collected information includes the IP address associated with your Roku Device, your device type and model, specific identifiers that tell us what content you play, including time and duration played, various quality measures, error logs, software version numbers, and other usage statistics. Usage information uploaded from Roku Devices is personally identifiable by product serial number. In some instances, serial numbers are associated with personally identifiable information, and we can often tell from the serial number at what store and location you purchased your Roku Device. If you download Roku Mobile Apps, we also automatically log information related to your mobile device and network. We may log, for example, your device type, device identifiers, Wi-Fi networking connection data, information about connected Wi-Fi devices, the types and versions of mobile operating system you use, time-stamped logs of data exchanges, and usage statistics.

Other parties may also automatically collect information about you through our services, including personally identifiable information about your online activities over time and across different websites and online channels and applications when you use our services. Some third parties provide us with analytics services and collect the type of information described above. Some third parties collect information on behalf of Roku and others for online advertising purposes described below.

## Online Advertising

We may use information collected using third party cookies and Web beacons on Roku Sites and in our emails to deliver Roku advertising displayed to you on third party sites. We also use cookie information to know when you return to Roku Sites after visiting these third party sites. We use this information and other information about you to try to understand your interests and show you relevant advertising and information about products and services offered by Roku and its partners.

Certain third party ad networks may automatically collect information about your visits to Roku Sites and other websites, your IP address, your ISP, and the browser you use to visit Roku Sites (but not your name, address, email address or telephone number). They do this using cookies, Web beacons or other technologies. Information collected may be used, among other things, to deliver advertising relevant to your interests and to better understand the usage

and visitation of Roku Sites and the other sites tracked by these third parties. This Privacy Policy does not apply to, and we are not responsible for, cookies or Web beacons in third party ads, and we encourage you to check the privacy policies of advertisers and/or ad services to learn about their use of cookies and other technology. If you would like more information about this practice and your choices, click here: http://www.aboutads.info/choices/

## Part II.  Information Usage

Information collected by Roku is used by Roku and others on Roku's behalf for the following purposes:

- to understand how you are using our products and services in order to make them better,
- to personalize your experience, to offer you relevant content, recommendations, and display marketing and advertising tailored to your preferences,
- to fulfill your orders and to provide customer support,
- for marketing purposes such as to send you emails about products, events, promotions and offers from Roku and its partners,
- to send you service information, including confirmations, invoices, technical notices, updates, security alerts, and support and administrative messages,
- to respond to your comments and questions and provide customer service,
- for analyzing marketing effectiveness, product usage, feature popularity, software quality, and to improve and influence the design of future products, and

- to protect, investigate, and deter against fraudulent, unauthorized, or illegal activity.

## Part III.  Information Sharing

Roku may share personally identifying information with your consent, for example, when you agree to our sharing of your personally identifying information with other third parties for their own marketing purposes subject to their separate privacy policies.

Roku may also share information with companies integral to the use of our products. For example, we may share information collected from the Roku Devices with content providers which have developed channels for the Roku Channel Store. The use of data by those content providers is subject to their respective privacy policies.

Roku uses third parties (including contractors and service providers) to help with certain aspects of its operations, which may require disclosure of your information to them. For example, Roku may use a third party to communicate with you (via telephone, email, or letter) about our products or services, to send information to you, to process and collect payment via your credit card (if applicable), and to perform other work that we may need to outsource.

We may share some or all of your information with our current or future "affiliates" (which means a parent company, any subsidiaries, joint ventures, or other companies under a common control), in which case we will require our affiliates to honor this Privacy Policy.

Roku may also share your information with others in connection with or during negotiation of any merger, financing, acquisition, bankruptcy, dissolution, transaction or proceeding involving sale, transfer, divestiture or disclosure of all or a portion of our business or assets to another company.

Roku may also share your information to (i) comply with laws or to respond to lawful requests and legal process, (ii) to protect the rights and property of Roku, our agents, customers, and others, including to enforce our agreements, policies, and terms of use, or (iii) in an emergency to protect the personal safety of Roku, its customers, or any person.

Our services may allow you to share information with others, for example, our websites offer developer forums and message boards. Please be advised that information posted in these venues will be publicly available.

Finally, we may also share aggregated and/or anonymized information about you with others for a variety of purposes including for their own uses.

## Part IV.  Information Access and Choices

If you wish to ask for access, correction, or deletion of any of your personal information held by us or a change in the way we use your information, please contact us at: customer.advocate@roku.com. We will use commercially reasonable efforts to respond to your request in a timely manner. However, even if

Case 2:14-cv-00463-TSZ   Document 31-3   Filed 07/31/14   Page 9 of 12

Roku deletes such personal information from its 'live' database, it may still be stored on other redundant databases (including those kept for archival purposes).

When you visit Roku Sites, we and others give you the following choices about use of mechanisms for tracking, including tracking of your online activities over time and across different websites and online services by third parties. Many Web browsers are set to accept cookies by default. If you prefer, you can usually choose to set your browser to remove cookies and to reject cookies from Roku servers. If you choose to remove cookies or reject cookies, this could affect certain features or services of Roku Sites. To learn about opting-out of certain third party analytics tracking on the Roku Sites, see, for example: https://tools.google.com/dlpage/gaoptout, https://www.optimizely.com/opt_out, and http://www.bazaarvoice.com/privacy-policy/#whatarecookies, and https://www.crazyegg.com/opt-out. You can also choose to opt-out of use of cookies by many of Roku's third party advertising partners to deliver ads tailored to your profile and preferences by clicking here: http://www.aboutads.info/choices/. If you delete your cookies, use a different browser, or buy a new computer, you will need to renew your opt-out choices.  If you do not want us to track emails we send you, some email services let you change your display to turn off HTML or disable download of images which should effectively disable our email tracking, or you may unsubscribe

from our marketing emails as described in those emails. While we and others give you choices described in this Privacy Policy, there are many ways Web browser signals and other similar mechanisms can indicate your choice to disable tracking, and we may not be aware of or honor every mechanism.

## Part V.  Data Storage and Security

Roku uses industry-standard methods of securing its electronic databases of personal information. However, you should know that no company, including Roku, can fully eliminate security risks associated with personal information.  To help protect yourself, please use a strong password, do not use the same passwords to access your Roku accounts that you use with other accounts or services, and protect your user names and passwords to help prevent others from accessing your accounts and services.

## Part VI.  Your California Privacy Rights

A California resident who has provided personal information to a business with whom he/she has established a business relationship for personal, family, or household purposes (a "California Customer") may request information about whether the business has disclosed personal information to any third parties for the third parties' direct marketing purposes.  In general, if the business has made such a disclosure of personal information, upon receipt of a request by a California Customer, the business is

required to provide a list of all third parties to whom personal information was disclosed in the preceding calendar year, as well as a list of the categories of personal information that were disclosed. California Customers may request further information about our compliance with this law by e-mailing customer.advocate@roku.com. Please note that we are required to respond to one request per California Customer each year, and we are not required to respond to requests made by means other than through this e-mail address.

## Part VII.  Modifications

We may amend this Privacy Policy at any time by posting the amended version on our websites.

## Part VIII.  Contact Information

If you have any questions regarding this Privacy Policy, please contact us at customer.advocate@roku.com. Roku is located at 12980 Saratoga Avenue, Suite D, Saratoga, CA 95070

Copyright © 2008-2014 Roku, Inc. All rights reserved. Roku and the Roku logo are trademarks or registered trademarks of Roku, Inc.

Case 2:14-cv-00463-TSZ   Document 31-3   Filed 07/31/14   Page 12 of 12

| Company | What's On | Connect | Shop |
|---|---|---|---|
| About Us | Now Playing | Mobile Apps | Retail Locations |
| Contact Us | Netflix | Facebook | Roku Ready |
| Advertise | YouTube | Twitter | Accessories |
| Developers | Hulu Plus | YouTube | Coupons & Deals |
| Press Room | Amazon Instant Video | Roku Blog | Affiliates |
| News & Reviews | HBO GO | | Roku vs. Competition |
| Jobs | Pandora | | |
| | See all channels | | |

**About Roku**

Roku launched the first product designed to deliver movies from Netflix instantly on TV, using the power of the Internet. Since then, our best-selling Roku streaming players have become synonymous with amazing choice, control, and value in TV entertainment. Join us—and be a part of the Roku revolution.