HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHAD EICHENBERGER, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ESPN, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | NO. 2:14-CV-00463<br><br>[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |

THIS MATTER came before the Court on Defendant ESPN, Inc.'s ("ESPN") Motion to Dismiss Plaintiff's First Amended Complaint.

The court considered the pleadings and records on file in this action and the following:

1. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint;

2. Declaration of Bryan H. Heckenlively in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint;

3. Any responsive documents filed and served by Plaintiff; and

4. Any reply documents filed and served by ESPN, Inc..

The Court having reviewed and considered the argument of counsel, if any, the pleadings and records herein, and being otherwise fully advised in the premises, now, therefore, it is hereby

[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT- 1
(No. 2:14-CV-00463)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

1 | ORDERED, ADJUDGED AND DECREED that:  Defendant's Motion to Dismiss is

2 | GRANTED.  Plaintiff's claims are hereby dismissed with prejudice.

3 |     Dated _____.

4

5 |                                                THE HONORABLE THOMAS S. ZILLY

6 | Presented by:

7 | MUNGER TOLLES & OLSON LLP

8 | *s/ Glenn D. Pomerantz*
Glenn D. Pomerantz

9 | Email:  glenn.pomerantz@mto.com
355 South Grand Avenue

10 | Thirty-Fifth Floor
Los Angeles, CA 90071

11 | Telephone: 213-683-9100

12 | Rosemarie T. Ring
Email:  rose.ring@mto.com

13 | Jonathan H. Blavin
Email:  jonathan.blavin@mto.com

14 | Bryan H. Heckenlively
Email:  bryan.heckenlively@mto.com

15 | 560 Mission Street
Twenty-Seventh Floor

16 | San Francisco, CA 94105
Telephone:  415-512-4000

17 | *ADMITTED PRO HAC VICE*

18

19 | CAIRNCROSS & HEMPELMANN, P.S.

20 | *s/ J. Thomas Richardson*
J. Thomas Richardson
Email: trichardson@cairncross.com

21 | Ana-Maria Popp
Email: apopp@cairncross.com

22 | 524 Second Avenue, Suite 500
Seattle, WA  98104-2323

23 | Telephone:  206-587-0700

24 | Counsel for ESPN, Inc.

25

26

[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT - 2
(No. 2:14-CV-00463)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

**Certificate of Service**

I, Bryan H. Heckenlively, certify under penalty of perjury that on July 31, 2014, I electronically filed this document entitled [Proposed] Order on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint using the CM/ECF system which will send notification of such filing to the following persons:

Clifford A. Cantor
627 208th Avenue SE
Sammamish, WA 98074
Cliff.cantor@outlook.com
*Counsel for Plaintiff*

Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
J. Dominick Larry
Edelson PC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
nlarry@edelson.com
*Counsel for Plaintiff*

DATED this 31st day of July, 2014, at San Francisco, California.

*s/ Bryan H. Heckenlively*
Bryan H. Heckenlively
560 Mission Street
Twenty Seventh Floor
San Francisco, CA 94105
Telephone: 415-512-4000

[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT- 3
(No. 2:14-CV-00463)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308