HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHAD EICHENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESPN, INC., a Delaware corporation,<br><br>Defendant. | NO. 2:14-CV-00463<br><br>STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |

In order to efficiently manage motion practice, and subject to the Court's approval, Plaintiff Chad Eichenberger ("Eichenberger") and Defendant ESPN, Inc. ("ESPN") agree and stipulate as follows:

1.  ESPN has filed a Motion to Dismiss the First Amended Complaint.

2.  The deadline for Eichenberger's opposition to ESPN's Motion to Dismiss the First Amended Complaint, currently due on August 18, 2014, shall be extended to August 25, 2014.

3.  The deadline for ESPN's reply in support of its Motion to Dismiss the First Amended Complaint, currently due on August 22, 2014, shall be extended to September 8, 2014.

STIPULATION REGARDING MOTION TO DISMISS
BRIEFING SCHEDULE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

24326131.1 {02618075.DOCX;2 }

4.      The noting date on ESPN's Motion to Dismiss the First Amended Complaint, now August 22, 2014, shall be extended to September 8, 2014.

5.      By entering into this stipulation, ESPN does not waive any defenses.

Eichenberger and ESPN respectfully request that the Court issue the Proposed Order filed herewith.

DATED this 14th day of August, 2014.

| EDELSON PC | CAIRNCROSS & HEMPELMANN, P.S. |
|---|---|
| *s/Benjamin H. Richman* | *s/ J. Thomas Richardson* |
| Jay Edelson | J. Thomas Richardson |
| Email: jedelson@kamberedelson.com | Email: trichardson@cairncross.com |
| Rafey S. Balabanian | Ana-Maria Popp |
| Email:  rbalabanian@edelson.com | Email: apopp@cairncross.com |
| Benjamin H. Richman | Cairncross & Hempelmann, PS |
| Email:  brichman@edelson.com | 524 Second Avenue, Suite 500 |
| J. Dominick Larry | Seattle, WA  98104-2323 |
| Email:  nlarry@edelson.com | Telephone:  206-587-0700 |
| 350 North LaSalle Street, Suite 1300 | |
| Chicago, IL  60654 | MUNGER TOLLES & OLSON LLP |
| Telephone: 312-589-6370 | |
| *Admitted Pro Hac Vice* | Glenn Pomerantz |
| | Email:  glenn.pomerantz@mto.com |
| LAW OFFICES OF CLIFFORD A. CANTOR, P.C. | 355 South Grand Avenue |
| | Los Angeles, CA 90071 |
| Clifford A. Cantor | Telephone: 213-683-9100 |
| Email:  cliff.cantor@outlook.com | |
| 627  208th Avenue SE | Rosemarie Ring |
| Sammamish ,WA  98074-7033 | Email:  rose.ring@mto.com |
| Telephone:  425-868-7870 | Jonathan Blavin |
| | Email:  jonathan.blavin@mto.com |
| Counsel for Eichenberger | Bryan Heckenlively |
| | Email:  bryan.heckenlively@mto.com |
| | 560 Mission St. |
| | 27th Floor |
| | San Francisco, CA 94105 |
| | Telephone :  415-512-4000 |
| | *Admitted Pro Hac Vice* |
| | |
| | Counsel for ESPN, Inc. |

STIPULATION REGARDING MTN. TO DISMISS BRIEFING - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

24326131.1 {02618075.DOCX;2 }

**Certificate of Service**

I, Andie C. Scoggins, certify under penalty of perjury of the laws of the State of Washington that on August 14, 2014, I electronically filed this document entitled Stipulation Regarding Briefing Schedule on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint using the CM/ECF system which will send notification of such filing to the following persons:

> Clifford A. Cantor
> 627  208th Avenue SE
> Sammamish, WA  98074
> Cliff.cantor@outlook.com
> *Counsel to Plaintiff*
>
> Jay Edelson
> Rafey S. Balabanian
> Benjamin H. Richman
> J. Dominick Larry
> Edelson PC
> 350 North LaSalle Street
> Suite 1300
> Chicago, IL  60654
> jedelson@edelson.com
> rbalabanian@edelson.com
> brichman@edelson.com
> nlarry@edelson.com
> *Counsel to Plaintiff*

DATED this 14th day of August, 2014, at Seattle, Washington.

> */s/ Andie C. Scoggins*
> Andie C. Scoggins
> CAIRNCROSS & HEMPELMANN, P.S.
> 524 Second Avenue, Suite 500
> Seattle, WA  98104-2323
> Telephone: (206) 254-4499
> Facsimile: (206) 254-4599
> E-mail: ascoggins@cairncross.com

STIPULATION REGARDING MOTION TO DISMISS
BRIEFING SCHEDULE - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

24326131.1 {02618075.DOCX;2 }