HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHAD EICHENBERGER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>      v.<br><br>ESPN, INC., a Delaware corporation,<br><br>                Defendant. | NO. 2:14-CV-00463<br><br>STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |

In order to efficiently manage motion practice, and subject to the Court's approval, Plaintiff Chad Eichenberger ("Eichenberger") and Defendant ESPN, Inc. ("ESPN") agree and stipulate as follows:

     1.     ESPN has filed a motion to dismiss the First Amended Complaint (the "Motion").

     2.     By stipulation, the Parties previously agreed that the deadline for Eichenberger's opposition to ESPN's Motion would be August 25, 2014 and the deadline for ESPN's reply in support of its motion to dismiss the First Amended Complaint—along with the noting on the Motion—would be September 8, 2014. (Dkt. 32.)

     3.     In light of an unexpected personal matter that has arisen, Plaintiff's counsel requested a brief, two (2) day extension of the current briefing schedule on ESPN's Motion to which Defendant agreed.

STIPULATION REGARDING MTN. TO DISMISS
BRIEFING - 1

EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370  Fax: 312.589.6378

1    4.    Accordingly, the Parties have conferred and agreed that the briefing schedule on

2    the motion shall be modified such that the deadline for Eichenberger's opposition to ESPN's

3    Motion would be continued from August 25, 2014 to August 27, 2014, and the deadline for

4    ESPN's reply in support of its Motion would be continued from September 8, 2014 to September

5    10, 2014.

6    5.    By entering into this stipulation, ESPN does not waive any defenses.

7    Eichenberger and ESPN respectfully request that the Court issue the Proposed Order filed

8    herewith.

9    DATED this 25th day of August, 2014.

10

11   EDELSON PC                              CAIRNCROSS & HEMPELMANN, P.S.
     /s/ Benjamin H. Richman                 s/ J. Thomas Richardson
     Jay Edelson                             J. Thomas Richardson
12   Email: jedelson@kamberedelson.com       Email: trichardson@cairncross.com
     Rafey S. Balabanian                     Ana-Maria Popp
13   Email: rbalabanian@edelson.com          Email: apopp@cairncross.com
     Benjamin H. Richman                     Cairncross & Hempelmann, PS
14   Email: brichman@edelson.com             524 Second Avenue, Suite 500
     J. Dominick Larry                       Seattle, WA 98104-2323
15   Email: nlarry@edelson.com               Telephone: 206-587-0700
     350 North LaSalle Street, Suite 1300
16   Chicago, IL 60654                       MUNGER TOLLES & OLSON LLP
     Telephone: 312-589-6370
17   Admitted Pro Hac Vice                   Glenn Pomerantz
                                             Email: glenn.pomerantz@mto.com
18   LAW OFFICES OF CLIFFORD A.              355 South Grand Avenue
     CANTOR, P.C.                            Los Angeles, CA 90071
19   Clifford A. Cantor                      Telephone: 213-683-9100
     Email: cliff.cantor@outlook.com
20   627 208th Avenue SE                     Rosemarie Ring
     Sammamish ,WA 98074-7033                Email: rose.ring@mto.com
21   Telephone: 425-868-7870                 Jonathan Blavin
                                             Email: jonathan.blavin@mto.com
22   Counsel for Eichenberger                Bryan Heckenlively
                                             Email: bryan.heckenlively@mto.com
23                                           560 Mission St.
                                             27th Floor
24                                           San Francisco, CA 94105
                                             Telephone : 415-512-4000
25                                           Admitted Pro Hac Vice

26                                           Counsel for ESPN, Inc.


STIPULATION REGARDING MTN. TO DISMISS          EDELSON PC
BRIEFING - 2                                    350 North LaSalle Street, Suite 1300
                                                Chicago, Illinois 60654
                                                Tel: 312.589.6370  Fax: 312.589.6378

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Certificate of Service**

I, Benjamin H. Richman, hereby certify that on August 25, 2014, I served the above and foregoing ***Stipulation Regarding Briefing Schedule on Defendant's Motion to Dismiss First Amended Complaint***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 25th day of August, 2014.

/s/ Benjamin H. Richman

STIPULATION REGARDING MTN. TO DISMISS
BRIEFING - 3

EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370  Fax: 312.589.6378