HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHAD EICHENBERGER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>ESPN, INC., a Delaware corporation,<br><br>                Defendant. | NO. 2:14-CV-00463-TSZ<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

Pursuant to Local Civil Rule 7(n), Defendant ESPN, Inc. submits this Notice of Supplemental Authority to alert the Court to a relevant decision issued today by the United States District Court for the Northern District of Georgia in *Ellis v. The Cartoon Network, Inc.*, No. 1:14-CV-484-TWT.  The *Ellis* court dismissed a claim under the Video Privacy Protection Act with prejudice.  A copy of the decision is attached as Exhibit A.

///

///

///

NOTICE OF SUPPLEMENTAL AUTHORITY - 1
(No. 2:14-CV-00463)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

1  DATED: October 8, 2014

2                                          MUNGER TOLLES & OLSON LLP

3                                          *s/ Glenn D. Pomerantz*
                                           Glenn D. Pomerantz
4                                          Email:  glenn.pomerantz@mto.com
                                           355 South Grand Avenue
5                                          Thirty-Fifth Floor
                                           Los Angeles, CA 90071
6                                          Telephone: 213-683-9100

7                                          Rosemarie T. Ring
                                           Email:  rose.ring@mto.com
8                                          Jonathan H. Blavin
                                           Email:  jonathan.blavin@mto.com
9                                          Bryan H. Heckenlively
                                           Email:  bryan.heckenlively@mto.com
10                                         560 Mission Street
                                           Twenty-Seventh Floor
11                                         San Francisco, CA 94105
                                           Telephone : 415-512-4000
12
                                           *Admitted Pro Hac Vice*
13

14                                         CAIRNCROSS & HEMPELMANN, P.S.

15
                                           *s/ J. Thomas Richardson*
16                                         J. Thomas Richardson WSBA No. 18437
                                           E-mail: trichardson@cairncross.com
17                                         Ana-Maria Popp WSBA No. 39614
                                           Email: apopp@cairncross.com
18                                         Cairncross & Hempelmann, PS
                                           524 Second Avenue, Suite 500
19                                         Seattle, WA  98104-2323
                                           Telephone:  206-587-0700
20
                                           Counsel for ESPN, Inc.
21

22

23

24

25

26

NOTICE OF SUPPLEMENTAL AUTHORITY - 2
(No. 2:14-CV-00463)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

**Certificate of Service**

I, Bryan H. Heckenlively, certify under penalty of perjury that on October 8, 2014, I electronically filed this document entitled Notice of Supplemental Authority using the CM/ECF system, which will send notification of such filing to the following persons:

Clifford A. Cantor
627 208th Avenue SE
Sammamish, WA 98074
Cliff.cantor@outlook.com
*Counsel to Plaintiff*

Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
J. Dominick Larry
Edelson PC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
nlarry@edelson.com
*Counsel to Plaintiff*

DATED this 8th day of October, 2014, at San Francisco, California.

*s/ Bryan H. Heckenlively*
Bryan H. Heckenlively
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105
Telephone : 415-512-4000
E-mail: bryan.heckenlively@mto.com

NOTICE OF SUPPLEMENTAL AUTHORITY - 3
(No. 2:14-CV-00463)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308