HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHAD EICHENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESPN, INC., a Delaware corporation,<br><br>Defendant. | NO. 2:14-CV-00463<br><br>ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT |

Upon stipulation of Plaintiff Chad Eichenberger ("Eichenberger") and Defendant ESPN, Inc. ("ESPN"), and the Court being fully advised in the premises; NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The deadline for ESPN to move to dismiss or otherwise respond to the Second Amended Complaint, currently January 21, 2015, is continued to February 11, 2015.

2. The deadline for Eichenberger's opposition to ESPN's motion to dismiss the Second Amended Complaint is March 18, 2015.

3. The deadline for ESPN's reply in support of its motion the Second Amended Complaint is March 31, 2015.

4. By stipulating to the entry of this Order, ESPN does not waive any defenses.

ORDER ON STIPULATION REGARDING
MTN. TO DISMISS BRIEFING - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

24326334.1 {02565373.DOCX;2 }

1  DATED this 20th day of Jan, 2015.

2

3

4  _____
   HONORABLE THOMAS S. ZILLY
   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ON STIPULATION REGARDING
MTN. TO DISMISS BRIEFING - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

24326334.1 {02565373.DOCX;2 }