HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHAD EICHENBERGER, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ESPN, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | NO. 2:14-CV-00463<br><br>**DECLARATION OF BRYAN H. HECKENLIVELY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

I, Bryan H. Heckenlively, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, attorneys for Defendant ESPN, Inc. ("ESPN") in this action. I submit this declaration in support of ESPN's concurrently filed Motion to Dismiss Plaintiff's Second Amended Complaint. I make this declaration based upon my personal knowledge and, if called as a witness, I could and would testify competently to the facts set forth below.

2. On January 24, 2015, I downloaded a decision issued on January 23, 2015 by the United States District Court for the Northern District of Georgia in *Terry Locklear v. Dow Jones & Company, Inc.*, Case No. 1:14-cv-00744-MHC. A true and correct copy of this document is attached hereto as Exhibit A.

DECLARATION OF BRYAN H. HECKENLIVELY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT- 1
(No. 2:14-CV-00463)
25761566.1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

2. On July 30, 2014, I caused Adobe's privacy policy for "Analytics and on-site personalization services" to be printed from Adobe's website, *available at* http://www.adobe.com/content/dotcom/en/privacy/analytics.html. A true and correct copy of this document is attached hereto as Exhibit B. This document is cited in paragraph 22 of Plaintiff's Second Amended Complaint on pages 6 and 7.

3. On February 11, 2015, I downloaded a document titled ESPN *Mobile Performance Targeting Insights, Spring 2012*, from the website of ESPN, http://espncms.com/ESPNCMS/files/0c/0cc69d16-781c-4566-bbb8-9d308ee9d5a3.pdf. A true and correct copy of this document is attached hereto as Exhibit C. This document is cited in paragraph 24 of Plaintiff's Second Amended Complaint on page 7.

4. On July 30, 2014, I caused an interview with Adobe employee Christopher Comstock to be printed from the website of ad exchanger, *available at* http://www.adexchanger.com/data-exchanges/the-cross-device-question-adobe/. A true and correct copy of this document is attached hereto as Exhibit D. This document was cited in paragraphs 26, 27, and 31 of Plaintiff's First Amended Complaint on pages 7 through 9.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Executed this 11th day of February, 2015, in San Francisco, California.

*s/ Bryan H. Heckenlively*
Bryan H. Heckenlively

DECLARATION OF BRYAN H. HECKENLIVELY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT- 2
(No. 2:14-CV-00463)
25761566.1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

**Certificate of Service**

I, Bryan H. Heckenlively, certify under penalty of perjury that on February 11, 2015, I electronically filed this document entitled Declaration of Bryan H. Heckenlively in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, and Exhibits A-D thereto, using the CM/ECF system which will send notification of such filing to the following persons:

Clifford A. Cantor
627 208th Avenue SE
Sammamish, WA 98074
Cliff.cantor@outlook.com
*Counsel for Plaintiff*

Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
J. Dominick Larry
Edelson PC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
nlarry@edelson.com
*Counsel for Plaintiff*

DATED this 11th day of February, 2015, at San Francisco, California.

*s/ Bryan H. Heckenlively*
Bryan H. Heckenlively
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: 415-512-4000

DECLARATION OF BRYAN H. HECKENLIVELY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT- 3
(No. 2:14-CV-00463)
25761566.1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308