# EXHIBIT C





SPRING 2012



# Welcome to the Spring 2012 ESPN Mobile PTI Report

Information is the currency that drives more innovative ways to advertise your products and services. At ESPN, our leadership in the mobile space uniquely positions us to offer mobile solutions that deliver engaged, scalable audiences that transcend every screen. In this fourth installment of PTI, we will help you understand and navigate these different audiences and provide key insights related to:

- Second screen viewing and shopping
- Consumer category insights for Automotive Intenders, Insurance and QSRs
- A deep dive into ESPN's mobile audience with a focus on football fans
- WatchESPN, where live sports drives usage
- New ad innovation for the iPad

Thank you for your continued support and we look forward to working together in the future.

*Lisa Valentino*

–Lisa Valentino
Vice President, Digital & Mobile Sales Strategy

## Marketplace Insights

### Who is Using Smartphones?


107 million total users


42% of users are ages 18-34
63% of users are ages 25-54

52% of users are employed

### Android v. iPhone

|  | Android | iPhone |
|---|---|---|
| % Male | 50% | 53% |
| HHI $75k + | 34% | 48% |
| College Educated | 52% | 60% |
| Ethnicity* | 70% White<br>21% Hispanic<br>16% Black<br>5% Asian | 76% White<br>19% Hispanic<br>7% Black<br>9% Asian |

Sources: comScore, April 2012; Nielsen, April 2012

*Respondents can select more than one



## Second Screen Viewing: Smartphones & Tablets

– Tablet owners shop on their device 2x more frequently than smartphone owners



| Activity | Tablet Owner | Smartphone Owner |
|---|---|---|
| Checked email site | 57% | 52% |
| Surfed the web for unrelated information | 55% | 36% |
| Used a downloaded application | 50% | 43% |
| Shopping | 45% | 23% |
| Visited a Social Networking site | 44% | 40% |
| Looked up information related to the TV program I was watching | 38% | 23% |
| Checking sport scores | 28% | 28% |
| Watching videos unrelated to my TV show | 27% | 13% |
| Looked up product information for an advertisement I saw on TV | 26% | 17% |
| Looked up coupons or deals related to an advertisement I saw on TV | 22% | 12% |

### Devices
**Household Cross-Device Ownership**




Tablet 25%, eReader 21%, Smartphone 45%, 2%, 5%, 12%, 7%

### Smartphone Breakout (000)




Blackberry 12,775
Windows 4,854
Other 2,068
iPhone 33,666
Android 54,247

**Total Smartphone Devices: 107,610**

Sources: comScore, April 2012; Nielsen, Q1 2012 Mobile Connected Device Report



# PERFORMANCE

## ESPN is The No.1 Content Site



Source: Nielsen, April 2012

### ESPN Mobile Fans Are Highly Engaged:

- ESPN Mobile Web averaged 5 million daily unique visitors
- 11.5 minutes, average time spent per visit on ESPN Mobile web
- Average minute audience to ESPN Mobile web and apps was 103K in April
- 47.5 million Mobile video starts
- ESPN Apps delivered 3.7 million average daily unique visitors
- Average time spent per visitors to ESPN apps was 7.9 minutes
- ESPN sent out more than 1.7 billion alerts in April

Source: Adobe SiteCatalyst, April 2012

## Live Games Matter on Mobile Devices

- Saturday evening usage spikes during live College Football games
- Live NFL games generate primetime mobile web usage on Sunday afternoons





Source: Adobe SiteCatalyst, october 2011



# PERFORMANCE

## ESPN Mobile Delivers Almost Half of the Total Minutes Spent in Digital Sports Category

| Property | App or Web | Total Minutes (000) | Unique Visitors (000) |
|---|---|---|---|
| Sports | --- | 1,897,802 | 33,218 |
| Total ESPN | Mobile web & App | 931,890 | 16,502 |
| MLB.com | Mobile Web | 173,809 | 4,375 |
| Yahoo! Sportacular | App | 140,335 | 1,005 |
| MLB.com At Bat | App | 113,352 | 1,300 |
| Yahoo! Sports Websites | Mobile Web | 106,616 | 4,646 |
| ScoreMobile | App | 103,321 | 1,354 |

- ESPN Apps and Mobile Web sites combined earned 49% of all the time spent on all Sports Apps or Mobile Web Sport Sites

**Comparing Web-to-Web and Apps-to-Apps:**
- ESPN Apps own a 47% share of time spent with Sports Apps
- ESPN Mobile Web sites have a 34% share of time spent with Mobile Web Sport Sites

### Nielsen's Mobile On-Device Metered Data:

- Metered data on smartphone usage and users
- Nielsen has recruited a panel of roughly 6,000 Americans 18+ to have their iPhones and Android phones metered
- Gives us the ability to understand how and when people are using their devices and ESPN products, along with giving us a look at demographics, reach and time spent in the competitive landscape

## ESPN Mobile Web and ScoreCenter Reach Different Audiences



**ESPN Mobile Web**
11,234,000

**ESPN ScoreCenter**
8,030,000

7,539,000 unduplicated

4,335,000 unduplicated

Source: Nielsen Smartphone Analytics, April 2012



# TARGETING

## ESPN Mobile Consumer Category: Auto Intenders

Used ESPN Mobile Web or ESPN Apps Past Month — Index (vs. Adults)

- Consider myself to be an automotive enthusiast — 150
- People often ask my advice on automobiles — 134
- Research and compare as many vehicles as possible before purchase — 125
- Spent $20,000-$29,000 on currently owned/leased vehicle — 120
- Currently own or lease an imported vehicle — 118

## ESPN Mobile Consumer Category: Insurance

Used ESPN Mobile Web or ESPN Apps Past Month — Index (vs. Adults)

- Acquired auto insurance directly from insurance company via phone — 141
- Acquired a new or different policy for auto insurance — 139
- Purchased dental insurance — 123
- Purchased vision care insurance — 122

## ESPN Mobile Consumer Category: QSR

Used ESPN Mobile Web or ESPN Apps Past Month — Index (vs. Adults)

- Chose family restaurant or steak house on weekend in past 6 months — 122
- Spent $201+ at fast food restaurants in past 6 months — 160
- Chose to eat-in at a fast food restaurant in past 6 months — 121
- Take-out/drive-through at a fast food restaurant in past 6 months — 118
- Bought lunch at a fast food restaurant in past 6 months — 115

Source: 2011 GfK MRI Cable Study weighted to Population (000) - Base: All



# TARGETING

## NFL
**ESPN's Mobile NFL Section Delivers Nearly +135% More Unique Users Than NFL.com Mobile Site**



11.6MM ESPN NFL Section



8.7MM NFL.com Mobile Site

– Average minute audience for ESPN Mobile NFL section up +21% vs. 2010
– Average time spent with ESPN's Mobile NFL section is 5.5 minutes
– ESPN's Mobile NFL section averaged over 1.6MM daily unique users

Source: Adobe SiteCatalyst, 9/12/10 - 1/2/11 & 9/11/11 - 1/1/12

## College Football
**ESPN's Mobile College Football Section Delivers More Unique Users Than All Major Competitive Sites**



9.0MM ESPN College Football Section



2.8MM NCAA.com Mobile Site

– Average minute audience for ESPN Mobile College Football section up +17% vs. 2010
– Saturday saw the highest average minute audience for ESPN Mobile College Football, reaching 46MM
– ESPN's Mobile College Football section had more unique users than Yahoo!.com mobile site (7.1MM) and FOX Sports Mobile Site (4.5MM)

Source: Adobe SiteCatalyst, Omniture, 9/4/10 – 12/11/10 &  9/3/11 – 12/10/11

## ESPN Mobile Web Profiles

**Breaking Down the Audience Profiles**



| CATERGORY | TARGET | UNIQUE AUDIENCE COMPOSITION |
|---|---|---|
| GENDER | MALE | 72.2% |
| MALE | 18-34 | 39.4% |
| MALE | 25-54 | 69.2% |
| HHI | $75K+ | 47.9% |
| HHI | $100K+ | 33.6% |



| CATERGORY | TARGET | UNIQUE AUDIENCE COMPOSITION |
|---|---|---|
| GENDER | MALE | 73% |
| MALE | 18-34 | 37.6% |
| MALE | 25-54 | 64.6% |
| HHI | $75K+ | 50.6% |
| HHI | $100K+ | 34.4% |

Source: Nielsen Subchannel, August 2011, October 2011 January 2012

# TARGETING



## WatchESPN App

### Record Breaking Use in May

- 339.6 million minutes across computers, smartphones, tablets, and XBOX
- Surpassed 8.9 million total downloads through May
- Comcast became the fourth authenticated affiliate to carry WatchESPN, increasing distribution to 40 million homes

### % of Total Minutes by League on Smartphones & Tablets



- Studio Shows: 34%
- ATP Tennis: 3%
- NBA: 29%
- Other: 24%
- MLB: 6%
- College Baseball: 4%

### Football on WatchESPN

- Regular-season college football generated 6.1 million unique viewers and 11.6 million total hours on computers
- Non-BCS bowl games generated 103.2 million with total minutes per game up 36% on the year
- BCS and non-BCS bowl games generated 253.6 million minutes across all platforms, up 50% on the year

Source: Nielsen Mobile Oct 2011; Adobe SiteCatalyst, 9/12/10-1/2/11 & 9/11/11-1/1/12

## Purchase Consideration Increases 16% When Mobile is Added to TV



Purchase Consideration (Among College Football and NFL Brands)

- ESPN TV Only: 44%
- ESPN TV & Mobile Only: 51%

Nielsen, Oct 2011



# INSIGHTS

## ESPN's ScoreCenter: All-New iPad Interstitial



**Introducing the new ScoreCenter for Tablets Interstitial—the biggest and most impactful ad treatment ever offered in ESPN's ScoreCenter for Tablets App**

### How it Works*

- Fixed position after the first swipe when viewing individual game details
- Rich media accepted on a case-by-case basis
- Sold as part of Mobile Live Sport Sponsorship
- Available in ScoreCenter for Tablets starting late August (iPad only); Other tablets coming soon

*Exact execution subject to change with final design